# EXHIBIT "8"

# COMMERCIAL CREDIT APPLICATION
For Standard Credit Requests (Greater than $500,000 in aggregate)



## Personal Information Statement

### Owner or Guarantor Personal Information Statement

Name: John Carlin

Social Security No.: ▇▇▇512

Date of Birth: ▇▇▇

☑ U.S. Citizen ☐ U.S. Resident Alien ☑ Other
☐ Unmarried ☑ Married ☐ Separated

Business Title: President/CEO

Percentage of Business Owned: 100

Business Owner since (MM/YY): 5/2002

If not an owner of the Applicant, please explain why you are offering your guarantee:

Home Address:
City, County:
Home Phone Number:
State, Zip Code:
Time at Address (MM/YY):
Number of dependent(s):       ☐ Own  ☐ Rent  Monthly Housing Payment: $

Joint Owner/Spouse Check, if applicable:
☐ Your personal assets or liabilities listed on page 2 are jointly held with another person.
☐ You are married and live in a community property state (AZ, CA, ID, LA, NV, NM, TX, WA, WI).
If you checked either box, provide the following information about your joint owner or spouse.

Name:
Social Security No.
☐ U.S. Citizen ☐ U.S. Resident Alien ☐ Other
Employer Name:
Date of Birth:

### Financial References:

| Bank/Other | City/State | Account # | Average Deposit Balance | Line Amount | Loan Balance | Monthly Payment |
|---|---|---|---|---|---|---|
| 1 Wells Fargo | | | $ 15,000 | $ | $ | $ |
| 2. | | | $ | $ | $ | $ |
| 3. | | | $ | $ | $ | $ |

### General Information

- Have you ever declared bankruptcy? ☑ No ☐ Yes
- Have you ever been a principal or guarantor of an entity that declared bankruptcy? ☑ No ☐ Yes
- Are any of your assets pledged, assigned or encumbered except as shown? ☑ No ☐ Yes
- Do you owe taxes for years prior to the current year? If yes, amount owed: ___ Status: ☑ No ☐ Yes
- Are any of your assets held in trust? If yes, please provide a copy of the trust agreement. ☑ No ☐ Yes

**Disclosure and Certification:** By signing this Personal Information Statement on page 2 ("statement") the undersigned certifies that the financial statements, tax returns, supporting schedules and any other documents provided to Citibank are a true, correct and complete statement of the financial condition of the signer on the date indicated.

The undersigned authorizes Citibank to make any inquiries about me deemed necessary and appropriate for the purposes of evaluating the statement provided in connection with the application for credit, and to periodically check my credit history. I/we also authorize Citibank to obtain an individual consumer credit report in connection with this application and any subsequent updates, renewals and extensions of credit. Upon request, Citibank will inform me if a credit report has been obtained and will give me the name and address of the reporting agency. I/we also authorize Citibank to provide credit information about me and about its credit experience with me to other creditors, credit reporting agencies, and holding company affiliates. I agree to notify Citibank promptly if there should be any unfavorable change in my financial condition and until such notice is given or a new statement provided, the information provided may be considered a substantially correct statement of my financial condition at any future time. I acknowledge that it is a federal crime to provide false or misleading information to a federally-insured financial institution punishable by fine, imprisonment, or both, pursuant to 18 U.S.C. Section 1014. The provisions of this Disclosure and Certification shall survive the disbursement of any and all loan proceeds and shall not merge into any documents which evidence or secure any loans.

**REDACTED**

# citibank

**Owner or Guarantor Personal Financial Statement**
If a separate financial statement is attached, there is no need to complete this page

Are any Assets or Liabilities joint with others? ☒ No ☐ Yes   If yes, please indicate joint assets or liabilities below.
Are there any Contingent Liabilities or Loan Guarantees? ☒ No ☐ Yes   If yes, please provide details.

| ASSETS | Joint Assets | | LIABILITIES | Joint Liabilities | Monthly Payment | Balance Owing |
|---|---|---|---|---|---|---|
| Cash in Banks | ☐ | $ 10,000 | Total Revolving Credit | ☐ | $ | $ |
| Marketable securities (stocks/bonds, etc.) | ☐ | $ 10,000 | Total Installment Loans | ☐ | $ | $ |
| List below (Sch #1) or provide statement(s) | | | Residence Mortgage(s): | | | |
| Non Marketable securities | ☐ | $ | First Mortgage | ☐ | $ | $ 200,000 |
| Retirement Accounts (IRA, Keogh, 401K) | ☐ | $ 10,000 | 2nd and others | ☐ | $ | $ |
| Residence Market Value | ☐ | $ 300,000 | Other Real Estate (Mortgages) | ☐ | $ | $ |
| Other Real Estate Market Value | ☐ | $ | Other Debts (describe) | ☐ | $ | $ |
| Other assets (describe) | ☐ | $ 520,000 | | | | |
| A) TOTAL ASSETS | | $ 850,000 | | | | |
| NET WORTH: (Equals A minus B) | | $ 650,000 | B) TOTAL LIABILITIES | | | $ 200,000 |

**Schedule 1. Marketable Securities:** Complete only if statement(s) are not provided.

| Market Value | No. of Shares/Units | Description | | Pledged? |
|---|---|---|---|---|
| $ n/a | | | | ☐ No ☐ Yes |
| $ | | | | ☐ No ☐ Yes |
| $ | | | | ☐ No ☐ Yes |

**Schedule 2. Real Estate Holdings** If more than 4 properties, attach addendum for additional properties owned
**Property Types:** SF = Single Family   MF = Multiple Family   C = Commercial/Industrial   L = Land/Acreage

| | Residence | Property #2 | Property #3 | Property #4 |
|---|---|---|---|---|
| Type (circle one) | SF MF | SF MF C L | SF MF C L | SF MF C L |
| % Ownership | 100% | | | |
| Property Address | 929 Lorena St | | | |
| Date Purchased | 2007 | | | |
| Cost | $ 200,000 | $ | $ | $ |
| Market Value | $ 300,000 | $ | $ | $ |
| 1st Lien Holder | Wachovia | | | |
| Lien Amount | $ 200,000 | $ | $ | $ |
| Other Lien Holder | | | | |
| Lien Amount | $ | $ | $ | $ |
| 1st Mortgage monthly payment | $ 1,000 | $ | $ | $ |
| Other Mortgage monthly payment | $ | $ | $ | $ |
| Annual Taxes/Ins./H.O./Condo Fees | $ | $ | $ | $ |
| Gross income* | $ | $ | $ | $ |

X _Johnnie B. Curlin_   ☒ Owner ☒ Guarantor ☐ Joint Owner ☐ Spouse   4/26/10
Signature                                                                              Date

X _____   ☐ Owner ☐ Guarantor ☐ Joint Owner ☐ Spouse
Signature                                                                              Date

*Alimony, child support and separate maintenance income need not be revealed if you do not wish to have it considered as a basis for repaying this obligation.

© 2008 Citibank, N.A. Member FDIC.
Citibank with Arc Design is a registered service mark of Citigroup Inc.
Item US530560 (Rev. 1/08)                                      Page 2 of 2