BUCHALTER
A Professional Corporation
DANIEL H. WU (SBN 198925)
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA  90017-1730
Telephone: 213.891.0700
Fax: 213.896.0400
Email:  dwu@buchalter.com

Attorneys for Plaintiff
Citibank, N.A.

**FILED & ENTERED**

**JUN 21 2019**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** steinber **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

CITIBANK, N.A.,

    Plaintiff,

v.

JOHNNIE RAE CARLIN,

    Defendant.

AP No. 8:16-AP-01049-SC

Bankruptcy Case No.: 8:15-bk-15521

**ORDER APPROVING PARTIES' JOINT STIPULATED JUDGMENT FOR DEBT TO BE NON-DISCHARGEABLE [DKT. No.: 87]**

The Parties' Joint Stipulated Judgment for Debt to Be Non-Dischargeable ("Stipulation") [Dkt. No.: 87] in this Adversary Proceeding having been filed by Plaintiff, Citibank, N.A. ("Plaintiff") and Defendant, Johnnie Carlin ("Defendant"), and the Stipulation having been reviewed by the Honorable Scott Clarkson, United States Bankruptcy Judge, Central District of California, David B. Lally, Esq., representing Defendant, Daniel Wu, Esq., representing Plaintiff, and the Court, having also reviewed the Complaint, Answer, and Court Docket, and for good cause, orders the following.

**IT IS ORDERED** that, the Stipulation is approved, and the Parties are bound by the terms of the Stipulation;

**IT IS ALSO ORDERED** that, the Court retains jurisdiction to enforce the terms of the Stipulation; and

**IT IS FURTHER ORDERED** that, upon entry of this Order, the Clerk of this Court may close this Adversary Proceeding.

**IT IS SO ORDERED.**

### #

Date: June 21, 2019

Scott C. Clarkson
United States Bankruptcy Judge